

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2019

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On March 18, 2019, appellant filed a pro se "Motion for En Banc Reconsideration of Appellant/Defendants [sic] Designation of Transcripts Withholdings, Court Reporter's, Court Recorders [sic] and Clerks [sic] Records for Habeas Corpus Appeal Rehearing," seeking a copy of the appellate record. We granted that relief on February 12, 2019, and on February 13, 2019, we mailed appellant a copy of the clerk's record and supplemental clerk's record. In our February 12, 2019 order, we noted appellant's court appointed attorney, David McLane, certified that he provided a copy of the appellate record to appellant. Additionally, in our March 8, 2019 order, we reiterated that we mailed appellant a copy of the clerk's record and supplemental clerk's record and confirmed there is no reporter's record in this case. For these reasons, we **DENY** appellant's motion for en banc reconsideration.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2019.



KEITH E. HOTTLE,
Clerk of Court